No. 93–5044.  WRIGHT v. VIRGINIA.  Sup. Ct. Va.  Motion of petitioner for leave to proceed *in forma pauperis* granted.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Simmons* v. *South Carolina, ante,* p. 154.

No. 93–8309.  RAMDASS v. VIRGINIA.  Sup. Ct. Va.  Motion of petitioner for leave to proceed *in forma pauperis* granted.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Simmons* v. *South Carolina, ante,* p. 154.

No. —–—.  CABAL v. I. T., INC.; and
No. —–—.  THREATT ET AL. v. FULTON COUNTY.  Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. —–—.  DURDEN v. UNITED STATES.  Motion of Jon M. Hunter for leave to intervene in order to file petition for writ of certiorari denied.

No. —–—.  DUNKIN ET AL. v. LOUISIANA-PACIFIC CORP. ET AL.  Motion to direct the Clerk to file petition for writ of certiorari denied.

No. A–955.  MORRISON v. UNITED STATES.  Application for bail, addressed to JUSTICE BLACKMUN and referred to the Court, denied.

No. D–1379.  IN RE DISBARMENT OF FRESCO.  Disbarment entered.  [For earlier order herein, see 511 U. S. 1016.]

No. D–1410.  IN RE DISBARMENT OF VANDER VORT.  It is ordered that Wayne A. Vander Vort, of Minneapolis, Minn., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1411.  IN RE DISBARMENT OF KARSCH.  It is ordered that Stephen Elias Karsch, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.